# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-1626
LT Case No. 2017-CA-000724
_____

MARIA A. AGUIAR,

    Appellant,

    v.

THE BANK OF NEW YORK
MELLON F/K/A THE BANK OF
NEW YORK, AS TRUSTEE FOR
METROPOLITAN ASSET FUNDING,
INC., II, MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES
1999-D, ET AL,

    Appellee.

_____

On appeal from the Circuit Court for Citrus County.
Vincent Murphy, Judge.

Niles B. Whitten, of The Law Office of Niles B. Whitten, PLLC,
Gainesville, for Appellant.

James H. Wyman, of Hinshaw & Culbertson LLP, Coral Gables,
for Appellee.

December 5, 2023

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., LAMBERT, and SOUD, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*